**Aureo RIVERA–DAVILA and Aureo E. Rivera, Plaintiffs–Appellants,**

v.

**ASSET CONSERVATION, INC., Gabriel Guijarro–Brunet, Iris Mieres–De–Guijarro, and Conjugal Partnership Guijarro–Mieres, Defendants–Appellees.**

No. 03–1271.

United States Court of Appeals, Federal Circuit.

June 11, 2003.

ON MOTION

*ORDER*

Upon consideration of Aureo Rivera–Davila and Aureo E. Rivera's unopposed motion to dismiss 03–1271,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

**In re LUFTHANSA CARGO AG.**

No. 03–1329.

United States Court of Appeals, Federal Circuit.

June 12, 2003.

ON MOTION

*ORDER*

Upon consideration of Lufthansa Cargo AG's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

The motion is granted.*

**Antonio P. NAVARRO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 03–3177.

United States Court of Appeals, Federal Circuit.

June 12, 2003.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

---

* We note that Lufthansa requests that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.